IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HASSAN WALLER,

       Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3364

Opinion filed February 17, 2015.

Petition for Writ of Certiorari.

Hassan Waller, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, Jennifer Parker, General Counsel
and Barbara Debelius, Assistant General Counsel, Department of Corrections,
Tallahassee, for Respondent.

PER CURIAM.

       DENIED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.